IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RANDY JONES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SODEXO, INC. and SDH SERVICES EAST, LLC,<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br><br>1:12-CV-01232-ODE |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Randy Jones and Defendants Sodexo, Inc. and SDH Services East, LLC, by and through undersigned counsel, hereby stipulate and agree that the above-entitled action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with each party bearing its own costs.

Respectfully submitted:   April 2, 2013.

s/Christopher P. Butler                             s/John L. Mays
Christopher P. Butler, Esq.                       John L. Mays, Esq.

1

| | |
|---|---|
| Georgia Bar No. 099522 | Georgia Bar No. 986574 |
| | Jeff Kerr, Esq. |
| | Georgia Bar No. 634260 |
| FORD & HARRISON, LLP | MAYS & KERR LLC |
| 271 17th Street | 229 Peachtree Street |
| Suite 1900 | International Tower \| Suite 980 |
| Atlanta, Georgia 30363 | Atlanta, Georgia 30303 |
| Telephone:  (404) 888-3976 | Telephone:  (404) 410-7998 |
| Facsimile:   (404) 888-3863 | Facsimile:   (404) 855-4066 |
| cbutler@fordharrison.com | john@maysandkerr.com |
| | jeff@maysandkerr.com |
| Counsel for Defendants | Counsel for Plaintiff |